IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:20-cv-00421-MTT-CHW |
| BRIAN KEMP, | : | |
| Defendant. | : | |

## ORDER

In March 2021, the Court entered judgment dismissing this action without prejudice. *See* (Docs. 4, 5). The record indicates that Plaintiff may not have received the Court's order and judgment due to an address change, so the Clerk of Court is **DIRECTED** to mail another round of copies to Plaintiff along with a copy of this Order.

In early July 2021, Plaintiff submitted two documents comprised, collectively, of over five hundred pages of printed materials. (Docs. 8, 9). These filings, like Plaintiff's initial filing, are abusive and frivolous, and to the extent they request any discernible relief, they are **DENIED**.

**SO ORDERED**, this 22nd day of July, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1